IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ADRIANNA DOUGLAS,<br><br>　　Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE and STATE AUTO INSURANCE,<br>　　Defendants. | CV 24-17-DLC-KLD<br><br><br>ORDER |

　　Defendants move for the admission Laura A. Balson to practice before this Court in this case with Ethan Blevins to act as local counsel. Ms. Balson's application appears to be in order.

　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Laura A. Balson pro hac vice is GRANTED on the condition that Ms. Balson shall do her own work. This means that Ms. Balson must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Balson may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Balson.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Balson, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 30th day of January, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge