IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ADRIANNA DOUGLAS,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE and STATE AUTO INSURANCE,<br><br>    Defendants. | CV 24-17-M-DLC-KLD<br><br>ORDER |

Defendants move for the admission of Elysia Analo to practice before this Court in this case with Jean E. Faure and Faure Holden Attorneys at Law, P.C., to act as local counsel. Ms. Analo's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Alysia Analo pro hac vice is GRANTED on the condition that Ms. Analo shall do her own work. This means that Ms. Analo must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

//

//

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Analo, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 12th day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge