# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| ADRIANNA DOUGLAS,<br><br>   Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE and STATE AUTO INSURANCE,<br>   Defendants. | CV 24-17-DLC-KLD<br><br><br>ORDER |

Defendants have filed a Motion to Allow Pro Hac Counsel to Appear via Video or Telephone (Doc. 19). Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' Motion (Doc. 19) is granted. Pro hac vice counsel may appear telephonically at the April 8, 2024, Preliminary Pretrial Conference. Pro hac vice counsel shall call 1-866-390-1828 at the designated time to participate in the conference. When prompted, enter the access code 8447649 followed by #. Counsel Jean E. Faure shall appear in person.

DATED this 1st day of April, 2024.

Kathleen L. DeSoto
United States Magistrate Judge