IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ADRIANNA DOUGLAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE and STATE AUTO INSURANCE,<br><br>　　　　　Defendants. | CV 24–17–M–DLC–KLD<br><br><br>ORDER |

　　　　Before the Court is Plaintiff Adrianna Douglas's unopposed motion to dismiss. (Doc. 27.) Through the motion, Plaintiff informs the Court that the Parties have settled this matter. (*Id.* at 1.) Defendants do not oppose. (*Id.*)

　　　　Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this file.

　　　　DATED this 30th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Dana L. Christensen, Chief District Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court